**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JASON RYAN HOLDEN,

Defendant - Appellant.

No. 09-30156

D.C. No. 4:08-cr-00135-SEH

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted January 11, 2010[**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Jason Ryan Holden appeals from the 240-month sentence imposed following

his guilty-plea conviction for receipt of child pornography, in violation of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

18 U.S.C. § 2252A(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Holden contends that the district court erred at sentencing by failing to consider the factors set forth in 18 U.S.C. § 3553(a) and provide an adequate explanation for his sentence. He also contends that his sentence is unreasonable in light of his difficult childhood, admission of responsibility, and need for psychiatric treatment. The record indicates that the district court did not procedurally err and that Holden's sentence is substantively reasonable. *See Rita v. United States*, 551 U.S. 338, 356-59 (2007); *see also United States v. Overton*, 573 F.3d 679, 698-701 (9th Cir. 2009).

**AFFIRMED.**